IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK ANTHONY BROWN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN KERESTES, et al. | : | NO. 08-1643 |

## ORDER

AND NOW, this 9ᵗʰ day of October , 2008, upon consideration of the

petition for a writ of habeas corpus and the Commonwealth's response thereto, and after review

of the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter, it

is hereby

### ORDERED

1.      The Report and Recommendation is APPROVED and ADOPTED;

2.      Claim Nos. 1 through 10 of the petition are DISMISSED with prejudice

because they are barred by the one-year statute of limitations, 28 U.S.C. § 2244(d);

3.      The petition for a writ of habeas corpus is GRANTED to the extent that

the conviction for violating the Pennsylvania Corrupt Organization Act, 18 Pa. Cons. Stat. § 911

is VACATED and the matter is REMANDED to the Court of Common Pleas of Philadelphia

County for re-sentencing on the remaining charges in the Bills of Information;

4.      Petitioner's conviction and sentence pursuant to the Pennsylvania

Corrupt Organization Act, 18 Pa. Cons. Stat. § 911, et seq., is VACATED; and

5.      The Commonwealth of Pennsylvania shall release petitioner from his present confinement unless the Commonwealth provides him with a new sentencing hearing, within ninety (90) days of the court's order, so that petitioner can be re-sentenced on all the remaining charges for which he was convicted and sentenced.

BY THE COURT:

_____
JOHN P. FULLAM,                J.

10-9-08- FAXED TO:
A. PALMER

2